## ALABAMA HIGHWAY EXPRESS, INC., ET AL. *v.* UNITED STATES ET AL.

No. 447. Decided November 15, 1965.

*James W. Wrape* and *Robert E. Joyner* for appellants.

*Solicitor General Marshall, Assistant Attorney General Turner, Robert B. Hummel, Robert W. Ginnane* and *Robert S. Burk* for the United States et al.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.

## BURNHAM VAN SERVICE ET AL. *v.* PENTECOST ET AL.

No. 494. Decided November 15, 1965.

*J. G. Lackey, Jr.,* for appellants.

*George F. McCanless,* Attorney General of Tennessee, and *Milton P. Rice,* Assistant Attorney General, for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.